UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**LAURA JIMENEZ**,

    Plaintiff,

v.                                                                                         2:24-cv-1039-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

# ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 12), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 11). The Commissioner of Social Security seeks remand to:

> instruct an Administrative Law Judge to further evaluate Plaintiff's subjective complaints, further evaluate the opinion evidence, further evaluate Plaintiff's residual functional capacity, obtain additional vocational expert evaluate Plaintiff's residual functional capacity, obtain additional vocational expert evidence, offer Plaintiff the opportunity for a supplemental hearing, take any further action necessary to complete the administrative record, and issue a new decision.

(Doc. 11 at 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 11) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on

remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on January 22, 2025.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge